UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST KING,<br><br>                 Plaintiff,<br><br>-against-<br><br>C.O. GILARD, ET AL.,<br><br>                 Defendants. | 25cv9149 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 19, 2026, order, the Court finds that, while Plaintiff has been a prisoner, he has filed three or more federal civil actions that are deemed "strikes" for the purposes of 28 U.S.C. § 1915(g) because they were dismissed as frivolous, malicious, or for failure to state a claim on which relief may be granted. Because Plaintiff has not shown cause why the Section 1915(g) filing bar should not be applied to this action and to any future federal civil action that he brings seeking to proceed IFP as a prisoner, the Court recognizes Plaintiff as barred from proceeding IFP as a prisoner under Section 1915(g) in this action and future federal civil actions, denies his IFP application for this action, and dismisses this action without prejudice.1 *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing future federal civil actions IFP as a prisoner unless he is under imminent danger of serious physical injury at the time of the filing of his complaint. *See id.* The Court warns Plaintiff that the submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See* 28 U.S.C. § 1651. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).  Judgment is entered dismissing this action without prejudice.

SO ORDERED.

Dated:    March 24, 2026
             New York, New York

                                     /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                            Chief United States District Judge